IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE ROSE PEARL, LTD., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| RICHARD A. BENAVIDES, | § | |
| | § | Civil Action No. 3:15-CV-1817-D |
| Plaintiff, | § | (Bank. Ct. No. 14-34605; |
| | § | Adv. No. 15-03012-hdh) |
| VS. | § | |
| | § | |
| JEK LENDING, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court adopts the United States Bankruptcy Judge's May 22, 2015 report and recommendation and withdraws the reference for the purpose of ruling on the pending motion for summary judgment.

Any party who objects to United States Bankruptcy Judge's proposed order granting, in part, and denying, in part, plaintiff's motion for summary judgment must file the objection, and a supporting brief, within 21 days of the date of this order. Any response and opposition brief to an objection must be filed within 21 days of the date the objection is filed. Any reply brief in support of an objection must be filed within 14 days of the date the response and opposition brief are filed.

**SO ORDERED**.

June 29, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE